AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:26-mj-00522-CJC |
| SANTOS ALVARENGA-RODRIGUEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

FILED
LODGED
ENTERED
RECEIVED

MAR 0 3 2026

BY

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 18, 2026 _____ in the county of _____ Howard _____ in the

_____ District of _____ Maryland _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) and (b) | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

AMY FERRON
Digitally signed by AMY FERRON
Date: 2026.02.25 16:52:37 -05'00'

*Complainant's signature*

SA Amy Renee Ferron, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __ March 2, 2026 __

*Judge's signature*

City and state: _____ Baltimore, Maryland _____

Chelsea J. Crawford, U.S. Magistrate Judge

*Printed name and title*