
CM: USAO 2026R00121

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** JKB 26cr 116 |
| v. | (Assaulting, Resisting, or Impeding Certain Officers or Employees, 18 U.S.C. § 111(a)(1)) |
| **SANTOS ALVARENGA RODRIGUEZ,** | |
| **Defendants.** | |

USDC- BALTIMORE
'26 APR 2 AM 11:26

### INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about January 18, 2026, in the District of Maryland, the defendant,

### SANTOS ALVARENGA RODRIGUEZ

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated

in 18 U.S.C. § 1114, to wit: O.C. and J.C., Deportation Officers with United States Immigration

and Customs Enforcement, who were engaged in official duties.

18 U.S.C. § 111(a)(1)

Kelly O. Hayes / ctM
Kelly O. Hayes
United States Attorney

Date: 4/1/26

1