**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.  1:26-CR-00116-JKB** |
| | : | |
| **Santos Alvarenga Rodriguez** | : | |
| | : | |
| **Defendant** | : | |

**Response to Government's Motion to Dismiss Without Prejudice**

Upon review of the government's motion, undersigned counsel has no objection

to its requested relief of dismissal without prejudice.

Respectfully submitted,
James Wyda
Federal Public Defender
for the District of Maryland


___/s/_____
Gabriel Reyes
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: gabriel_reyes@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, a copy of the foregoing was served via CM/ECF to the Government.

_____/s/_____
Gabriel Reyes