## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. JKB-26-CR-116 |
| SANTOS ALVARENGA RODRIGUEZ, | |
| **Defendant** | |

### GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 48(a) and in the exercise of its prosecutorial discretion, and for good cause, hereby moves to dismiss without prejudice the Information (ECF No. 16). In the above-captioned case, the Defendant was removed from the United States to El Salvador on April 10, 2026.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

____/s/_____
Carolyn H. Mills
Special Assistant United States Attorney

It is so ORDERED, this __14__ day of ~~April,~~ May 2026. The Information (ECF No. 16) charging the above-captioned Defendant in the instant matter is hereby dismissed without prejudice.

Honorable James K. Bredar
United States District Judge